IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JACQUES FORTUNE and MARIE FORTUNE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.:<br><br>(Formerly Miami-Dade County Circuit Court Case No: 10-64094-CA (32) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant American Security Insurance Company ("American Security"), pursuant to 28 U.S.C. § 1446 and through its undersigned attorneys, removes this cause from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida. In support hereof, American Security states as follows:

　　　A.　　*Factual Predicate*

On or about December 23, 2010, Plaintiffs filed this civil action against American Security in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 10-64094-CA (32). Plaintiffs have asserted a cause of action against American Security for alleged breach of contract.

American Security, through its registered agent, was first served with Plaintiffs' Complaint on January 10, 2011. A copy of the Summons is attached hereto as **Composite Exhibit "1"**. A copy of the Service of Process Form is attached hereto as **Composite Exhibit "1"**.

1

  B. *Diversity Jurisdiction Exists*

This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs (who are citizens of Florida) and American Security (which is a citizen of Georgia), and the amount in controversy allegedly exceeds $75,000, exclusive of interest and costs.

Plaintiffs are citizens of the State of Florida. Plaintiffs admit in the Complaint that they reside in Miami-Dade County, Florida. *See* Compl. ¶ 2, attached hereto as **Composite Exhibit "1"**.

American Security is a Delaware corporation with its principal place of business located in Atlanta, Georgia. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2."**

American Security reasonably believes that the purported damages claimed by Plaintiffs exceed the requisite amount in controversy, as Plaintiffs attached to their Complaint an estimate of the alleged damages totaling $156,384.22. *See* Compl., Exhibit "B", attached hereto as **Composite Exhibit "1"**.

Accordingly, the amount in controversy for diversity jurisdiction is met.

  C. *Procedural Compliance*

As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon American Security are attached as **Composite Exhibit "1"**. The Notice of Removal was filed within 30 days after service of Plaintiffs' Complaint upon American Security, and was therefore timely filed pursuant to 28 U.S.C. § 1446(b). This Amended Notice of Removal is only being filed to amend Composite Exhibit "1." As required

by 28 U.S.C. § 1446(d), written notice of the filing of this amended notice of removal will be given to Plaintiffs and will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.  No admission of fact, law or liability is intended by this Amended Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the aforesaid action now pending against Defendant in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, Florida, Case No. 10-64094-CA (32), be removed to this Honorable Court.

        Respectfully submitted,

        GREENBERG TRAURIG, P.A.
        *Attorneys for Defendant*
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, Florida 33301
        Telephone: (954) 765-0500
        Facsimile:  (954) 765-1477

By:_ _*s/ William R. Clayton*_____
        WILLIAM  R. CLAYTON
        Florida Bar No. 0485977
        *claytonw@gtlaw.com*
        DAVID O. BATISTA
        Florida Bar No. 175803
        *batistad@gtlaw.com*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ William R. Clayton*
WILLIAM R. CLAYTON

## SERVICE LIST
## Fortune v. American Security Insurance Company
## United States District Court
## Southern District of Florida

Jack Benmeleh, Esquire
Militzok & Levy, P.A.
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
*Counsel for Plaintiffs*
Served via U.S. Mail and Facsimile

*FTL 108,016,468v1 February 9, 2011*