IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-20448-CIV-SEITZ/OSULLIVAN

**JACQUES and MARIE FORTUNE,**

    Plaintiffs,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING**
**MEDIATOR'S NOTICE OF MEDIATION RESULT**

    Defendant American Security Insurance company ("American"), hereby files Mediator's Notice of Mediation Result. The parties expect to file a joint notice of voluntary dismissal in due course once certain conditions of their settlement agreement have been satisfied.

    Respectfully submitted,

*/s/ David O. Batista*
WILLIAM R. CLAYTON
Fla. Bar No. 0485977
*claytonw@gtlaw.com*
DAVID O. BATISTA
Fla. Bar No. 0175803
*greenberga@gtlaw.com*
SARA LEVY
Fla. Bar No. 0023767
*levysa@gtlaw.com*
GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
*Attorneys for Defendant American Security Insurance Company*

CASE NO.: 11-20448-CIV-SEITZ/OSULLIVAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ David O. Batista*
DAVID O. BATISTA

CASE NO.:  11-20448-CIV-SEITZ/OSULLIVAN

# SERVICE LIST
**Jacques and Marie Fortune v. American Security Insurance Company**
**United States District Court**
**Southern District of Florida**

Kenneth R. Duboff, Esquire
THE DUBOFF LAW FIRM
680 NE 127th Street
North Miami, FL 33161
Telephone: (305) 899-0085
Facsimile:  (305) 899-0091
email@dubofflawfirm.com
*Attorneys for Plaintiffs*
Served via Notice of Electronic Filing generated by CM/ECF

*FTL 108,515,419v1*