UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-20448-CIV-SEITZ/SIMONTON

JACQUES FORTUNE, et al
    Plaintiffs

v

AMERICAN SECURITY
INSURANCE COMPANY
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*/

### NOTICE OF MEDIATION RESULT

The captioned case was mediated on January 10, 2012. All counsel appeared, as did each party and/or the parties' representatives. Mediation resulted in:

☐ an impasse

✓ a complete settlement of all issues

☐ a partial settlement, only as to _____

_____

☐ an adjournment, as the parties intend to reconvene for mediation

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this **10** day of January, 2012 to: Kenneth R. Duboff, Esq., 680 NE 127 Street, North Miami, Florida 33161 and David O. Batista, Esq., 401 East Las Olas Boulevard - Suite 2000, Fort Lauderdale, Florida 33301.

BY: _____
Peter E. Abraham, Esq.
Biscayne Mediation, LLC
19 West Flagler Street - Suite 905
Miami, FL 33130
PH 305-374-0042
FAX 305-374-0445