**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  11-20448-CIV-SEITZ/OSULLIVAN

JACQUES AND MARIE FORTUNE,

      Plaintiffs,

vs.

AMERICAN SECURITY INSURANCE
COMPANY,

      Defendant.

**JOINT STIPULATION FOR**
**VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Plaintiffs, Jacques and Marie Fortune, and Defendant, American Security Insurance

Company, by and through their undersigned counsel, jointly stipulate and agree to the dismissal

of this action with prejudice, with each party to bear their own attorneys' fees and costs.  A copy

of the Proposed Order is attached hereto as Exhibit "A."

Respectfully submitted,

| | |
|---|---|
| **DUBOFF LAW FIRM** | **GREENBERG TRAURIG, P.A.** |
| *Attorneys for Plaintiffs* | *Attorneys for American Security Insurance* |
| 10920 Biscayne Boulevard | *Company* |
| Miami, Florida 33161 | 401 East Las Olas Boulevard, Suite 2000 |
| Telephone:     (305) 899-0085 | Ft. Lauderdale, Florida  33301 |
| Facsimile:      (305) 899-0091 | Telephone:     (954) 765-0500 |
| | Facsimile:      (954) 765-1477 |
| | |
| */s/ Kenneth R. Duboff* | */s/ David O. Batista* |
| KENNETH R. DUBOFF | WILLIAM  R. CLAYTON |
| Fla. Bar No. 218261 | Fla. Bar No. 0485977 |
| | *claytonw@gtlaw.com* |
| | DAVID O. BATISTA |
| | Fla. Bar No. 175803 |
| | *batistad@gtlaw.com* |
| | SARA LEVY |
| | Fla. Bar No. 0023767 |
| | *levysa@gtlaw.com* |

11-20448-CIV-SEITZ/OSULLIVAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ David O. Batista*
DAVID O. BATISTA

11-20448-CIV-SEITZ/OSULLIVAN

**SERVICE LIST**
*Fortune v. American Security Insurance Company*
**United States District Court**
**Southern District of Florida**

Kenneth R. Duboff, Esquire
Duboff Law Firm
10920 Biscayne Boulevard
Miami, Florida 33161
*Counsel for Plaintiffs*

*FTL 108,513,818v1 067871.020900*