**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-20448-CIV-SEITZ/OSULLIVAN

JACQUES AND MARIE FORTUNE,

    Plaintiffs,

vs.

AMERICAN SECURITY INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>**

THIS CAUSE having come before the Court upon the Parties' Joint Stipulation for Voluntary Dismissal with Prejudice (the "Stipulation"), and this Court having reviewed same, and being fully and duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said Stipulation be and the same is hereby accepted and adopted as an order of the Court. The above referenced action is hereby dismissed in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers, U.S. District Court, Southern District of Florida, this _____ day of _____, 2012.

                                                  THE HONORABLE PATRICIA A. SEITZ
                                                U.S. DISTRICT COURT JUDGE

Copies furnished to:
Sara Levy, Esquire
Kenneth R. Duboff, Esquire